

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
2:45 pm, Aug 03, 2022
**JEFFREY P. COLWELL, CLERK**

**U.S. Department of Justice**

United States Attorney

District of Colorado

| | |
|---|---|
| 1801 California Street<br>Suite 1600<br>Denver, CO    80202 | *Telephone:* (303) 454-0100<br>*Fax:* (303) 454-0400 |

Jul 20, 2022

Chloe Bourne
Attorney-Advisor
U.S. Dept of Agriculture, Office of the General Counsel
1617 Cole Blvd., Ste. 385E
Lakewood, CO  80401

Dear Ms. Bourne:

Pursuant to 28 U.S.C. § 543, effective July 22, 2022, you are hereby appointed as a Special Assistant United States Attorney for the District of Colorado, subject to the following conditions:

1. You are appointed to assist the office with representing the USDA in the Ortner Ch. 12 bankruptcy, No. 22-11171-KHT, in U.S. Bankruptcy Court for the District of Colorado.

2. The appointment expires on July 21, 2024, unless extended.

3. You will report to and act under the direction of Civil Chief Kevin Traskos with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. You understand and agree that if you require access to restricted information involving a matter other than that to which you have been appointed, you shall request authorization from the United States Attorney. Further, you understand that the limitations of your access to the United States Attorney's Office is determined by the United States Attorney in that office.

6. This appointment may be terminated at any time without cause or notice.

7. You must execute and return to the Human Resources Staff within 14 days the enclosed Appointment Affidavit (Oath of Office, taken on or after the effective appointment date), and a signed copy of this letter.  You may not represent or work on cases on behalf of the Department of Justice until after the Oath of Office is executed.  Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

PHILIP FINEGAN
Digitally signed by PHILIP FINEGAN
Date: 2022.07.25 09:59:53 -06'00'

Cole Finegan
United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

CHLOE BOURNE
Digitally signed by CHLOE BOURNE
Date: 2022.07.26 14:16:36 -06'00'

Chloe E. Bourne

Date:  Jul 20, 2022

Enclosures

a) Appointment Affidavit / Oath of Office (SF-61)